Approved: /s/
　　　　　　JOSIAH PERTZ
　　　　　　Assistant United States Attorney

Before:　THE HONORABLE PAUL E. DAVISON
　　　　　United States Magistrate Judge
　　　　　Southern District of New York

22MJ7994

- - - - - - - - - - - - - - - - - X
　　　　　　　　　　　　　　　　　　:　**COMPLAINT**
UNITED STATES OF AMERICA　　　　　:
　　　　　　　　　　　　　　　　　　:　Violations of 18 U.S.C.
　- v. -　　　　　　　　　　　　　　:　§ 875(c) and 2
　　　　　　　　　　　　　　　　　　:
KENE EMEZUE,　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　:　COUNTY OF OFFENSE:
　　　　　　　　　　　　　　　　　　:　WESTCHESTER
　　　　　　　　　Defendant.　　　　:
　　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

　　　　　Erica C. Buonocore, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**
(Threatening Interstate Communications)

　　　　　1.　On or about October 1, 2022, in the Southern District of New York and elsewhere, KENE EMEZUE, the defendant, knowingly and intentionally transmitted in interstate and foreign commerce a communication containing a threat to kidnap a person and injure the person of another, to wit, EMEZUE made multiple calls to the home phone number of a public official in Westchester County ("Victim-1") in the middle of the night, and left a voice message on Victim-1's answering machine threatening physical harm to Victim-1.

　　　　　(Title 18, United States Code, Sections 875(c) and 2.)

　　　　　The bases for my knowledge and for the foregoing charges are, in part, as follows:

　　　　　2.　I am a Special Agent with the FBI, assigned to the FBI's Westchester Safe Streets Task Force. I have been

personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, as well as on my conversations with other law enforcement officers and others, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts I have learned during the investigation. Where the contents of documents or the actions, statements, or conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## Overview

3.      As described below, KENE EMEZUE, the defendant, has threatened numerous public figures over the past weeks. Recently, EMEZUE threatened a public official in Westchester County ("Victim-1") by calling Victim-1 in the middle of the night and leaving threatening voice messages on Victim-1's answering machine.  EMEZUE has also threatened a former judge in Brooklyn, New York ("Victim-2"), New York City-based journalists ("Victim-3 and "Victim-4"), and another public official who works in the same office as Victim-1 ("Victim-5").

## EMEZUE's Threats

4.      Based on my review of incident reports from the New York City Police Department ("NYPD"), I have learned the following, in substance and in part:

a. Victim-2 is a former judge in the New York City area and has appeared on television.  On or about September 15, 2022, at approximately 10:14 p.m., Victim-2 received a call from a telephone number ending in 9683 (the "9683 Number").  The caller stated, in substance and in part, "[Victim-2] YOU'RE A CUNT, YOU'RE A PIECE OF SHIT!"  Victim-2 received additional calls from the 9683 Number that night but did not answer. Victim-2 feared for Victim-2's safety after the calls.

b. Victim-3 is a New York City-based journalist. On or about September 26, 2022, at approximately 10:42 p.m., Victim-3 received a call from the 9683 Number.  The caller stated, in substance and in part, "YOU RACIST BITCH, I'M GOING TO BE YOUR WORST NIGHTMARE.  I'M COMING FOR YOU AND YOUR SISTER."  Victim-3 feared for Victim-3's life after the call.

2

5. Based on my participation in this investigation, my communications with other law enforcement officers and my review of voice messages and screenshots provided to the FBI by Victim-1, I have learned the following, in substance and in part:

a. Victim-1 is a public official, with a residence in Westchester County, New York. That residence has a landline telephone ("Victim-1's Phone"), with an answering machine.

b. On or about October 1, 2022, at approximately 4:00 a.m., Victim-1 was awakened by the sound of a phone ringing. Victim-1 picked up Victim-1's Phone but hung up after realizing it was an unwanted caller. The phone rang again, and again Victim-1 picked up and hung up. Victim-1's Phone continued ringing, and the caller left voicemail messages on the answering machine.

c. Based on my preliminary review of a recording of the messages, I believe one voice message contained the following language, in substance and in part:

> You should shake in your shoes, for I also have your house number. I also have your house number as well as your cellphone number, you *bitch*, you shame to God. [Inaudible.] You should look underneath your bed. You should look under, you should look at your ceiling. You should look in your closets. You should be afraid, you hear, be afraid. You and your [inaudible.] [Inaudible; sounds like, "So by the time I'm in bed with you, you will be,"] You will be squashed. You will be the Jewish garbage that you are. Yeah? You should, should, shake in your shoes. Shake in your shoes. For, is this [sic] your worst nightmare and don't you forget it.

d. On another message, the caller seemed to state the following, in substance and in part: "You hear that rain outside? That wind? From your windowsill? It's, you hear my [inaudible]."

e. Based on my training and experience, I believe the voice on the recordings to be a male voice, possibly altered through electronic means.

   f. Based on my training and experience, I interpret the tone of the call to be menacing. The language that Victim-1 would "be squashed," should "be afraid" and "shake in [Victim-1's] shoes," because the caller is Victim-1's "worst nightmare," suggests the caller seeks to make Victim-1 fear death. That the caller called Victim-1 "Jewish garbage" indicates an anti-Semitic motive for the threat, and that the caller has the "cellphone number" and "house number" of Victim-1 suggests the caller will come in person to carry out the violence that the threat expresses.

   g. Victim-1 took photographs of the telephone number that appeared on Victim-1's caller ID for the above-described calls. The number was the 9683 Number.

   6. Based on my review of subscriber information, toll records and cell site data provided on an exigent basis by Verizon Wireless and Charter Communications, I have learned the following, in substance and in part:

   a. From at least on or about September 1, 2022 through at least on or about October 1, 2022, the 9683 Number is associated with a particular Samsung cellphone handset ("EMEZUE's Samsung Phone").

   b. The subscriber address for the 9683 Number is a particular building on Park Hill Ave in Staten Island, New York (the "Park Hill Ave Building").

   c. The subscriber of the 9683 Number is a particular individual, who, as described below, has previously spoken with law enforcement and is a close female relative of KENE EMEZUE, the defendant ("EMEZUE's Relative-1").

   d. Between approximately 5:26 p.m. on or about September 30, 2022 and 3:41 a.m. on or about October 1, 2022, the 9683 Number made approximately three calls to a number I believe belongs to Victim-4 based on my review of a public records database available to law enforcement.

   e. Between approximately 3:52 a.m. and 4:13 a.m. on or about October 1, 2022, the 9683 Number made approximately four calls to a number that I believe, based on my participation in this investigation and communications with other law enforcement officers, is Victim-1's Phone.

4

   f. Based on my review of a report prepared by the FBI's Cellular Analysis Survey Team, I have learned that the Park Hill Ave Building lies in an area where location data suggests the handset for the 9683 Number was located on or about October 1, 2022.

   g. The 9683 Number has made calls to telephone numbers that are identified in a database of public records available to law enforcement as belonging to a prominent national media company and the spouse of an elected official in California.

   7. Based on my review of NYPD incident reports, I have learned the following, in substance and in part:

   a. On or about June 3, 2018, the NYPD responded to a particular apartment in the Park Hill Ave Building (the "Park Hill Ave Apartment") after EMEZUE's Relative-1 called the NYPD to report that KENE EMEZUE, the defendant, was having an emotional outburst.

   b. On or about January 1, 2022, NYPD again responded to the Park Hill Ave Apartment, after EMEZUE's Relative-1 stated, in substance and in part, that EMEZUE was acting violently and throwing objects.

   8. Based on my conversations with investigators from the Westchester County District Attorney's Office ("WCDA"), I know that WCDA investigators visited the Park Hill Ave Apartment in or around June 2022 to investigate a threatening call made to Victim-5 from a particular number ("EMEZUE's Old Phone Number"), the subscriber of which was EMEZUE's Relative-1. There, investigators encountered KENE EMEZUE, the defendant, and EMEZUE's Relative-1. EMEZUE's Relative-1 stated, in substance and in part, that EMEZUE's Relative-1 was a close relative of EMEZUE, EMEZUE resides at the Park Hill Ave Apartment, and that EMEZUE used EMEZUE's Old Phone Number.

   9. On or about October 3, 2022, pursuant to a search warrant, law enforcement conducted a search of the Park Hill Ave Apartment, in which I participated. Based on that search, I learned the following, in substance and in part:

   a. KENE EMEZUE, the defendant, was in the apartment, along with EMEZUE's Relative-1. No other individuals were in the apartment when law enforcement entered. EMEZUE's Relative-1 stated, in substance and in part, that no one else resided in

the apartment, and no other males apart from EMEZUE had been in the apartment since in or about July 2022.

   b. Law enforcement saw EMEZUE holding EMEZUE's Samsung Phone, and took the phone from EMEZUE. On that phone were call records, showing calls to, among other numbers, Victim-1's Phone.

   c. There was a laptop in the apartment, which EMEZUE's Relative-1 said was EMEZUE's Relative-1's laptop. On the laptop, there were records of web searches for personal information such as names, ages and locations of individuals, including, in substance and in part, a YouTube search for Victim-1.

  WHEREFORE, the deponent respectfully requests that KENE EMEZUE, the defendant, be imprisoned or bailed, as the case may be.

        _____
        Erica C. Buonocore
        Special Agent
        Federal Bureau of Investigation

Sworn to before me this
___ day of October 2022

_____
THE HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

6