## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No.    22-mj-7994

USAO No.    2022R01159

Date    11-13-2023

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint        ☐ Removal Proceedings in

*United States v.*  Kene Emezue

The Complaint/Rule 40 Affidavit was filed on    10-3-2022

*U.S. Marshals please withdraw warrant*

AUSA Pertz

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**T. Josiah Pertz**
(print name if signature handwritten)

**SO ORDERED:**

DATE: 11/15/23

*(signature)*

UNITED STATES MAGISTRATE JUDGE